UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON VALDEZ BRACAMONTES, | Case No.: ED CV 20-334-DMG (MRW) |
| Petitioner, | |
| v. | **ORDER APPROVING JOINT STIPULATION TO DISMISS AMENDED HABEAS PETITION [78]** |
| WILLIAM BARR, et al., | |
| Respondents. | |

Pursuant to the parties' Joint Stipulation to Dismiss Amended Habeas Petition,
IT IS ORDERED that the Joint Stipulation is APPROVED.

Petitioner's Amended Habeas Petition shall be dismissed without prejudice. The
parties will bear their own costs, fees, and expenses.


DATED: June 8, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE